IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES, a component of GENERAL ELECTRIC COMPANY, ) ) ) ) ) | |
| Plaintiff, ) | Civil No. L-02-CV-3704 |
| ) | |
| v. ) | |
| ) | |
| CAPITAL IMAGING, INC. *et al.*, ) | |
| ) | |
| Defendants. ) ) | |

ORDER

This matter having come before the court upon plaintiff's application for the issuance of a writ of replevin pursuant to Rule 64 of the Federal Rules of Civil Procedure, and it appearing to the court that plaintiff has filed a verified complaint alleging that defendant Capital Imaging, Inc. is wrongfully detaining certain property which plaintiff is entitled to possess, to wit:

  1    Signa Profile Platinum 0.2 Fixed System

and in consideration of the above pleadings, it is by the court this __19TH__ day of __November__, 200_2_;

ORDERED, that if the above designated property is in defendant Capital Imaging, Inc.'s possession or control, defendant Capital Imaging, Inc. shall preserve and retain it in defendant Capital Imaging, Inc.'s possession or under defendant Capital Imaging Inc.'s control and keep it amenable to the process of this court and shall not conceal it, pending further order of this court; and it is,



FURTHER ORDERED, that a hearing shall be held on plaintiff's application for the issuance of a writ of replevin before this court at 9:00 A.m. on Dec. 9, 2002, at which time plaintiff will be required to establish the probable validity of plaintiff's claim and defendant Capital Imaging, Inc. will be given an opportunity to be heard, with or without witnesses, on whether the writ should issue, and it is,

FURTHER ORDERED, that plaintiff shall cause a copy of the summons, complaint, motion for writ of replevin, and this order to be served upon defendant Capital Imaging, Inc. not later than Nov. 27, 2002, and that if defendant Capital Imaging, Inc. is not served plaintiff shall make application to the court for a later hearing date.

_____
Benson Legg
JUDGE, United States District Court for the District of Maryland