**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

<u>GE Healthcare Financial Serv</u>ices         *
        **Plaintiff(s)**
                              *

                                   Case No.: <u>L-02-CV-3704</u>

        **vs.**         *

<u>Capital Imaging, Inc., et al.</u>         *
        **Defendant(s)**
                              ******

## MOTION FOR ADMISSION *PRO HAC VICE*

    I, <u>Alexander Nemiroff</u>, am a member in good standing of the bar of this Court. My bar number is <u>014143</u>. I am moving the admission of

<u>Mitchell D. Cohen</u> to appear *pro hac vice* in this case as counsel for <u>GE Healthcare Financial Services</u>.

    We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New York | 1999 |
| New Jersey | 1999 |
| U.S. District Court (S.D.N.Y.) | 1999 |
| U.S. District Court (E.D.N.Y.) | 1999 |
| U.S. District Court (W.D.N.Y.) | 1999 |
| U.S. District Court (N.D.N.Y.) | 1999 |

2.   During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court <u>0</u> times.

3.   The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied



admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or ~~Sean P. Sherman~~, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,



| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Alexander Nemiroff | Mitchell D. Cohen |
| Printed Name | Printed Name |
| Shulman, Rogers, Gandal, Pordy & Ecker, P.A. | Pitney, Hardin, Kipp & Szuch, LLP |
| Firm | Firm |
| 11921 Rockville Pike, 3rd Flr Rockville, MD  20852 | 685 Third Avenue New York, NY  10017 |
| Address | Address |
| (301) 230-5256 | (212) 297-5815 |
| Telephone Number | Telephone Number |
| (301) 230-2891 | (212) 682-3485 |
| Fax Number | Fax Number |

Prid 27316
Plid 11030

*****************************************************************

## ORDER

☑ GRANTED          ☐ DENIED

12-4-02                                     Felicia C. Cannon
_____                                 _____
Date                                        **Clerk, United States District Court**

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                             Page 2 of 2