UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 28  P 3: 27

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

100 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 27, 2003

MEMORANDUM TO COUNSEL RE:   GE Healthcare Financial Services v.
Capital Imaging, Inc., et al.
Civil #L-02-3704

Dear Counsel:

I thank Mr. Nemiroff for his letter of December 18th. Accordingly, on or before February 5, 2003, a written status report is due.

Despite the informal nature of this memorandum, it shall constitute an Order of this Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

B. Legg

Benson Everett Legg

c:   Court file