IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES, a component of GENERAL ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL IMAGING, INC. *et al.*,<br><br>Defendants. | Civil No. L-02-CV-3704 |

ENTRY OF DEFAULT JUDGMENT

Defendant, Dino R. Rodwell, has been regularly served with process. Defendant Rodwell has failed to appear and answer the Plaintiff's complaint filed herein. The default of Defendant Rodwell has been entered. It appears that Defendant Rodwell is not an infant or incompetent person. An affidavit of nonmilitary service has been filed herein. It appears from the affidavit that the Plaintiff is entitled to judgment.

**IT IS ORDERED AND ADJUDGED** that judgment be entered in favor of Plaintiff and against Defendant Dino R. Rodwell the sum of $1,534,870.47, together with post-judgment interest thereon at the legal rate, together with the costs of this action.

Dated this 26 day of FEBRUARY, 2003.

By: _____
Benson Everett Legg, Chief
United States District Court Judge
For the District of Maryland

27