IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES, a component of GENERAL ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL IMAGING, INC. *et al.*,<br><br>Defendants. | Civil No. L-02-CV-3704 |

**PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANT CAPITAL IMAGING, INC. WITHOUT PREJUDICE**

TO THE CLERK:

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiff, GE Healthcare Financial Services, a component of General Electric Company, hereby dismisses the above-captioned action against Defendant Capital Imaging, Inc. ("Capital Imaging") WITHOUT PREJUDICE. Defendant Capital Imaging has not filed an answer or a motion for summary judgment.

                                        Respectfully submitted,

                                        SHULMAN, ROGERS, GANDAL
                                          PORDY & ECKER, P.A.

                    By: _____/s/_____
                            Alexander Nemiroff
                            Federal Bar No. 014143
                            11921 Rockville Pike, Third Floor
                            Rockville, Maryland 20852
                            (301) 230-5200