# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| GE HEALTHCARE FINANCIAL SERVICES, a component of GENERAL ELECTRIC COMPANY, ) ) ) ) | |
| Plaintiff, ) ) | Civil No. L-02-CV-3704 |
| v. ) ) | |
| CAPITAL IMAGING, INC. *et al.*, ) ) | |
| Defendants. ) ) | |

## LINE

TO THE CLERK:

    Enclosed please find a Notice of Dismissal of Defendant Capital Imaging, Inc. in the above captioned matter. This Court has previously entered a default judgment against Defendant Dino R. Rodwell ("Rodwell") the sole remaining defendant in this action. Accordingly, please enter final judgment against Defendant Rodwell.

    Respectfully submitted,

    SHULMAN, ROGERS, GANDAL
      PORDY & ECKER, P.A.

By: _____/s/_____
Alexander Nemiroff
Federal Bar No. 014143
11921 Rockville Pike, Third Floor
Rockville, Maryland 20852
(301) 230-5200